■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD STONEY, Appellant. [897 NYS2d 642]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (J. Goldberg, J.), rendered May 11, 2006, convicting him of criminally negligent homicide, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to disprove the defendant's justification defense beyond a reasonable doubt (*see* Penal Law § 35.15; *People v Spells,* 66 AD3d 924 [2009]; *People v Acquista,* 41 AD3d 491, 492 [2007]; *People v Williams,* 304 AD2d 595 [2003]).

In fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson,* 9 NY3d 342 [2007]), we nevertheless accord great deference to the factfinder's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo,* 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v*

*Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]). Fisher, J.P., Covello, Lott and Sgroi, JJ., concur.